IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

USA

   Plaintiff(s)

   vs.

F- 11 - M

   Defendant(s)

**HEARING MINUTES**

| | |
|---|---|
| Case No.: | 08-mj-85 |
| Presiding Judge: | Chief Magistrate Judge Paul A. Zoss |
| Deputy Clerk: | Lindsey Brumback |
| Court Reporter: | FTR GOLD        Contract?    N/A |

| Date: 5/14/2008 | Start: 4:51 pm | Adjourn: 5:02 pm | Time in Chambers: |
|---|---|---|---|

| Appearances: | Plaintiff(s): | Tony Maingot and Nebiyu Feleke | | | | | |
|---|---|---|---|---|---|---|---|
| | Defendant(s): | Appear personally with John Bishop | | | | | |
| | U.S. Probation: | Jay Jackson | | | | | |
| | Interpreter: | Carrie Lilley with Adriana Trevino and Ana Caddess | Language: | Spanish | Certified: | Y | Phone  N |

| TYPE OF PROCEEDING: | IS THE HEARING | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|
| ARRAIGNMENT: | | AND/OR   INITIAL APPEARANCE: | X | | |

| Date of complaint: | 4/16/08 | | | | |
|---|---|---|---|---|---|
| Was defendant *Mirandized?* | Yes | | | | |
| Defendant pleaded | | | | | |
| Counsel: | Retained: | or | Appointed: | X   FPD/Other: | John Bishop |
| Stipulation to discovery plan? | | Did defendant provide financial affidavit? | | Yes | |
| Did the government move for detention? | | Yes | Was the defendant detained? | Yes | |
| Was a detention hearing set? | No | Date: | -- | | |
| Was a trial date set? | | Date: | | | |
| Status Conference? | May 21, 2008 at 6:00 p.m. | | | | |
| Miscellaneous: | Preliminary Exam: 8:00 am Wed. 5/28/2008 (C.R., IA) Defts indicate that they can hear and understand the interpreter. | | | | |

| J. DOE # | WORK LASTNAME | WORK FIRSTNAME | REAL NAME | ICE BAND # | GROUP | M/F | USMS # | JAIL | CHARGE |
|---|---|---|---|---|---|---|---|---|---|
| 130 | FIGUEROA | ALDER | ALDER ENOC FIGUEROA-PORRAS | 164 | F-11-M | M | 10509-029 | LINN | 408, 1028 |
| 201 | GONZALES | WILDER | WILDER GONZALEZ-GONZALEZ | 359 | F-11-M | M | 10507-029 | LINN | 408, 1028 |
| 575 | SAJCHE | LUIS ENRIQUE | LUIS ENRIQUE SAJCHE | 167 | F-11-M | M | 10506-029 | LINN | 408, 1028 |
| 601 | SANTOS | PEDRO | DAMIAN XICAY-SANTOS | 206 | F-11-M | M | 10508-029 | LINN | 408, 1028 |
| MJ-122 | SANTOS | ISAAC | REYINALDO CHAVEZ-SANTOS | 74 | F-11-M | M | 10502-029 | LINN | 1546, 1028 |
| MJ-123 | PEREZ | IGNACIO | IGNACIO LOPEZ-SITAN | 134 | F-11-M | M | 10500-029 | LINN | 1546, 1028 |
| MJ-124 | MEJIA | OSCAR | OSCAR MEJIA-SANTOS | 247 | F-11-M | M | 10505-029 | LINN | 1545, 1028 |
| MJ-127 | DEMATTA-POPOL | NEHEMIAS | NEHEMIAS DEMATTA-POPOL | 219 | F-11-M | M | 10503-029 | LINN | 1546, 1028 |
| MJ-128 | FIGUEROA | ELFEGO | ELFEGO HERNANDEZ FIGUEROA | 216 | F-11-M | M | 10504-029 | LINN | 1546, 1028 |
| 96 | CHIZ | JOSE MANUEL | JOSE MANUEL CHIZ-LOPEZ | 192 | F-11-M | M | 10405-029 | LINN | 408, 1028 |

5/14/08 - 2:35 pm
F-11-M 10m

John Bishop
4:45 5/14
F-11-M
5/14